In the Matter of the Accounting of EMIL SUNDHEIMER, as Executor of PAUL SUNDHEIMER, Deceased, Respondent.

SIGRID M. SUNDHEIMER, Appellant; ALICE DILLINGHAM, as Special Guardian, Respondent.

Submitted March 1, 1937; decided March 9, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 532.)

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Land for the Establishment of a Public Beach in the Borough of Queens.

METRO INVESTING AND CREDIT CORPORATION et al., Appellants; HARRY LAMBROS, Respondent.

Argued March 1, 1937; decided March 9, 1937.

*Paul Windels, Corporation Counsel (Paxton Blair and Reuben Levy* of counsel), for motion.

*Leo B. Mittelman, A. Joseph Geist, Isaac Katz* and *Charles Lamb,* opposed.

Motion to dismiss appeal as to the city of New York denied, with leave to renew on argument of appeal.